## WAIVER OF SERVICE OF SUMMONS

TO:  The Union Central Life Insurance Company
P.O. Box 2999
Hartford, CT 06104-2993

I acknowledge receipt of your request that I waive service of Summons in the action of *David McClain v. The Union Central Life Insurance Company*, which is case number 07 Civ. 5947 in the United States District Court of the Southern District of New York. I have also received a copy of the Complaint in this action, two copies of this instrument and the means by which I can return a signed Waiver to you without cost to me.

I agree to save the cost of service of Summons and an additional copy of this Complaint in this lawsuit by not requiring The Union Central Life Insurance Company to be served with judicial process in the manner provided by Rule 4. The Union Central Life Insurance Company will retain all defenses or objections to the lawsuit or to the jurisdictional venue of the Court except for objections based on a defect in the Summons or the service of the Summons.

I understand a judgment may be entered against The Union Central Life Insurance Company if an answer or motion under Rule 12 is not served upon you within sixty (60) days after June 29, 2007 or within ninety (90) days after the date if the request was sent outside the United States which it was not.

Dated: June 29, 2007

The Union Central Life Insurance Company

By:  *Norman Tolle*
RIVKIN RADLER LLP